IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPERTUNIVERSE, INC.,    ) | |
|    ) | |
|       Plaintiff,    ) | |
|    ) | |
| v.    ) | C.A. No. 09-157 (BMS) |
|    ) | |
| CISCO SYSTEMS, INC.,    ) | |
|    ) | |
|       Defendant.    ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Cisco Systems, Inc.'s Preliminary Invalidity Contentions* were caused to be served on December 1, 2011 upon the following in the manner indicated:

Philip A. Rovner, Esquire                                                                                                    *VIA ELECTRONIC MAIL*
Jonathan Choa, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

Joseph Diamante, Esquire                                                                                               *VIA ELECTRONIC MAIL*
Charles E. Cantine, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ Jack B. Blumenfeld*

                          Jack B. Blumenfeld (#1014)
                          Jennifer Ying (#5550)
                          1201 North Market Street
                          P.O. Box 1347
                          Wilmington, DE  19899
                          (302) 658-9200
                          jblumenfeld@mnat.com
                          jying@mnat.com

                          *Attorneys for Defendant*

OF COUNSEL:

Colm F. Connolly
John V. Gorman
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Franklin Brockway Gowdy
Brett M. Schuman
MORGAN LEWIS & BOCKIUS LLP
One Market Street
Spear Street Tower
San Francisco, CA 94105
(415) 442-1000

December 2, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Philip A. Rovner, Esquire
> POTTER ANDERSON & CORROON LLP

I further certify that I caused copies of the foregoing document to be served on December 2, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan Choa, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Joseph Diamante, Esquire<br>Charles E. Cantine, Esquire<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)