# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPERTUNIVERSE, INC., | ) |
| Plaintiff, | ) Civil Action No. 09-157-RGA ) ) |
| v. | ) **JURY TRIAL DEMANDED** ) ) |
| CISCO SYSTEMS, INC., | ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 10, 2012 true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

EXPERT REPORT OF PROF. ILLAH R. NOURBAKHSH, PH.D. REGARDING INFRINGEMENT

EXPERT REPORT OF WALTER BRATIC (with exhibits)

### BY E-MAIL

Jack B. Blumenfeld, Esq.
Jennifer Ying, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

Colm F. Connolly, Esq.
Morgan Lewis & Bockius LLP
1007 Orange Street, Suite 501
Wilmington, DE 19801
cconnolly@morganlewis.com

**BY E-MAIL**

| | |
|---|---|
| Franklin Brockway Gowdy, Esq.<br>Brett Schuman, Esq.<br>Ryan L. Scher, Esq.<br>Rachel M. Walsh, Esq.<br>Esther K. Ro, Esq.<br>Dennis J. Sinclitico, Jr., Esq.<br>Morgan Lewis & Bockius LLP<br>One Market Street<br>Spear Street Tower<br>San Francisco, CA 94105<br>fgowdy@morganlewis.com<br>bschuman@morganlewis.com<br>rscher@morganlewis.com<br>rwalsh@morganlewis.com<br>ero@morganlewis.com<br>dsinclitico@morganlewis.com | John V. Gorman, Esq.<br>Kell M. Damsgaard, Esq.<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>jgorman@morganlewis.com<br>kdamsgaard@morganlewis.com |

OF COUNSEL:

Joseph Diamante
Charles E. Cantine
B. Clayton McCraw
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400

Dated: September 12, 2012
1074424

POTTER ANDERSON & CORROON LLP

By: /s/ *Philip A. Rovner*
   Philip A. Rovner (#3215)
   Jonathan A. Choa (#5319)
   Hercules Plaza
   P.O. Box 951
   Wilmington, DE 19899
   (302) 984-6000
   provner@potteranderson.com
   jchoa@potteranderson.com

*Attorneys for Plaintiff XpertUniverse, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### **CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that, on September 12, 2012 the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading from CM-ECF.

I further certify that on September 12, 2012, the within document was electronically mailed to the following persons:

Jack B. Blumenfeld, Esq.
Jennifer Ying, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jying@mnat.com

John V. Gorman, Esq.
Kell M. Damsgaard, Esq.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
jgorman@morganlewis.com
kdamsgaard@morganlewis.com

Colm F. Connolly, Esq.
Morgan Lewis & Bockius LLP
1007 Orange Street, Suite 501
Wilmington, DE 19801
cconnolly@morganlewis.com

Franklin Brockway Gowdy, Esq.
Brett M. Schuman, Esq.
Ryan L. Scher, Esq.
Rachel M. Walsh, Esq.
Esther K. Ro, Esq.
Dennis J. Sinclitico, Jr., Esq.
Morgan Lewis & Bockius LLP
One Market Street
Spear Street Tower
San Francisco, CA 94105
fgowdy@morganlewis.com
bschuman@morganlewis.com
rscher@morganlewis.com
rwalsh@morganlewis.com
ero@morganlewis.com
dsinclitico@morganlewis.com

                                                    */s/ Philip A. Rovner*
                                                    Philip A. Rovner (#3215)
                                                    Potter Anderson & Corroon LLP
                                                    Hercules Plaza
                                                    P. O. Box 951
                                                    Wilmington, DE 19899
                                                    (302) 984-6000
                                                    provner@potteranderson.com

913090

2

884167