IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPERTUNIVERSE, INC., | ) |
| | ) |
|    Plaintiff and Counterdefendant, | ) |
| | ) |
|    v. | ) C.A. No. 09-157 (RGA) |
| | ) |
| CISCO SYSTEMS, INC., | ) |
| | ) |
|    Defendant and Counterplaintiff. | ) |

**DEFENDANT AND COUNTERPLAINTIFF CISCO SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 1 RELATING TO PLAINTIFF XPERTUNIVERSE, INC.'S CLAIM FOR COMMON LAW FRAUD (COUNT III); DECEIT UNDER CALIFORNIA CIVIL CODE §§ 1709, 1710 (COUNT IV); AND <u>RESCISSION (COUNT XII)</u>**

        Defendant and counterplaintiff Cisco Systems, Inc. ("Cisco") respectfully moves for summary judgment with respect to Count III (common law fraud claim), Count IV (Deceit Under California Civil Code §§ 1709, 1710), and Count XII (Rescission Under California Civil Code §§ 1565-1590, 1688-1693) of Plaintiff XpertUniverse, Inc.'s Fourth Amended Complaint.

        The grounds for this motion are set forth in Cisco's Opening Brief, submitted herewith.

        Morris, Nichols, Arsht & Tunnell LLP

        */s/ Jack B. Blumenfeld*

        _____
        Jack B. Blumenfeld (#1014)
        Jennifer Ying (#5550)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        jblumenfeld@mnat.com
        jying@mnat.com

        *Attorneys for Defendant/Counterplaintiff*
        *Cisco Systems, Inc.*

2

OF COUNSEL:

MORGAN, LEWIS & BOCKIUS LLP

Kell M. Damsgaard
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Franklin Brockway Gowdy
Brett M. Schuman
One Market Street, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000

October 31, 2012
6624529

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 31, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan Choa, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Joseph Diamante, Esquire<br>Charles E. Cantine, Esquire<br>Jason Sobel, Esquire<br>Alex Solo, Esquire<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)