IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPERTUNIVERSE, INC., | ) |
| | ) |
| Plaintiff and Counterdefendant, | ) |
| | ) |
| v. | ) C.A. No. 09-157 (RGA) |
| | ) |
| CISCO SYSTEMS, INC., | ) |
| | ) |
| Defendant and Counterplaintiff. | ) |

**DEFENDANT AND COUNTERPLAINTIFF CISCO SYSTEMS INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 11 RELATING TO
PLAINTIFF XPERTUNIVERSE, INC.'S CLAIMS FOR BREACH OF
CONTRACT AND BREACH OF CONFIDENCE**

Defendant and counterplaintiff Cisco Systems, Inc. ("Cisco") respectfully moves for summary judgment with respect to Count IX (Breach of Contract – 2004 NDA), Count X (Breach of Contract – 2005 Click-Through), Count XI (Breach of Contract – 2006 Click-Through), and Count VI (Breach of Confidence) of Plaintiff XpertUniverse, Inc.'s Fourth Amended Complaint. The grounds for this motion are set forth in Cisco's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendant/Counterplaintiff Cisco Systems, Inc.*

OF COUNSEL:

Kell M. Damsgaard
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Franklin Brockway Gowdy
Brett M. Schuman
MORGAN LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
(415) 442-1000

October 31, 2012
6626507

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 31, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan Choa, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Joseph Diamante, Esquire<br>Charles E. Cantine, Esquire<br>Jason Sobel, Esquire<br>Alex Solo, Esquire<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)