Filed this 22nd Day of March, 2012 In Open Court
— KSN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPERTUNIVERSE, INC., | ) |
| Plaintiff | ) ) ) ) |
| v. | ) ) ) |
| | ) Civil Action No. 09-157 (RGA) |
| CISCO SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

## JURY VERDICT FORM

You, the jury, are to answer the following questions based on the evidence admitted at trial and according to all of the instructions I have given you.

A. **FRAUDULENT CONCEALMENT**

1. Did XpertUniverse prove, by a preponderance of the evidence, that Cisco committed fraud by concealment?

Answer "Yes" or "No": _Yes_

*If you answered "Yes" to Question 1 then answer Question 2.*

2. What damages do you find XpertUniverse has proven by a preponderance of the evidence it should recover for its loss that was caused by Cisco's fraud by concealment?

Answer: $ _70 million_

B. <u>**INFRINGEMENT OF XPERTUNIVERSE'S PATENTS**</u>

1. Did XpertUniverse prove, by a preponderance of the evidence, that Cisco infringed Claim 5 of U.S. Patent No. 7,366,709?

Expert Advisor: **Answer "Yes" or "No"**: _Yes_

Pulse: **Answer "Yes" or "No"**: _No_

1

2. Did XpertUniverse prove, by a preponderance of the evidence, that Cisco infringed claim 12 of U.S. Patent No. 7,499,903? *(Please answer Yes or No for each accused product)*

Expert Advisor: **Answer "Yes" or "No"** : Yes

Remote Expert: **Answer "Yes" or "No"** : Yes

## C. VALIDITY OF XPERTUNIVERSE'S PATENTS

1. Did Cisco prove, by clear and convincing evidence, that claim 5 of U.S. Patent No. 7,366,709 is invalid due to anticipation?

**Answer "Yes" or "No"** : No

2. Did Cisco prove, by clear and convincing evidence, that claim 5 of U.S. Patent No. 7,366,709 is invalid due to obviousness?

**Answer "Yes" or "No"**: No

3. Did Cisco prove, by clear and convincing evidence, that claim 12 of U.S. Patent No. 7,499,903 is invalid due to anticipation?

**Answer "Yes" or "No"**: No

4. Did Cisco prove, by clear and convincing evidence, that claim 12 of U.S. Patent No. 7,499,903 is invalid due to obviousness?

**Answer "Yes" or "No"**: No

D. **DAMAGES FOR CISCO'S PATENT INFRINGEMENT**

*Answer the question posed in this Section only if you (i) found, in Section B that XpertUniverse proved that Cisco infringed U.S. Patent No. 7,366,709 or 7,499,903, and (ii) found that Cisco did not prove that a claim for which you answered "Yes" in Section B was invalid.*

1. What damages do you find XpertUniverse has proven by a preponderance of the evidence it should recover for Cisco's infringement of XpertUniverse's patents?

| Products | Amount |
|---|---|
| Expert Advisor | $ 15,463. |
| Pulse | $ 0 |
| Remote Expert | $ 18,920. |

Signed this 22 day of March, 2013:

_____

**JURY FOREPERSON**

3

_____

JUROR

_____

JUROR

_____

JUROR

_____

JUROR

_____

JUROR

_____

JUROR

_____

JUROR

4