IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPERTUNIVERSE, INC., ) | |
| ) | |
| Plaintiff and Counterdefendant, ) | |
| ) | |
| v.    ) | C.A. No. 09-157 (RGA) |
| ) | |
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Defendant and Counterclaimant. ) | |

### CISCO'S MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50(b) AND, IN THE ALTERNATIVE, FOR REMITTITUR OR NEW TRIAL UNDER RULE 59(a)(1)

Pursuant to Fed. R. Civ. P. 50(b) and 59(a)(1), Defendant Cisco Systems, Inc. ("Cisco") hereby moves for judgment as a matter of law and, alternatively, for a new trial and/or remittitur. The grounds for these motions are set forth in Cisco's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendant/Counterclaimant Cisco Systems, Inc.*

OF COUNSEL:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kathleen M. Sullivan
Cleland B. Welton II
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Daniel H. Bromberg
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

MORGAN, LEWIS & BOCKIUS LLP
Brett M. Schuman
One Market Street, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000

Kell M. Damsgaard
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

May 6, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 6, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan Choa, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Stephen D. Susman, Esquire<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, TX  77002 | *VIA ELECTRONIC MAIL* |
| Joseph Diamante, Esquire<br>Charles E. Cantine, Esquire<br>Jason M. Sobel, Esquire<br>Barry Clayton McCraw, Esquire<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038 | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)