IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPERTUNIVERSE, INC., | ) | |
| | ) | Civil Action No. 09-157-RGA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Richard J. Holwell, Esq., Michael S. Shuster, Esq., and Brendon DeMay, Esq., Holwell Shuster & Goldberg LLP, 125 Broad Street, 39th Floor, New York, NY 10004, to represent plaintiff XpertUniverse, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ *Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchao@potteranderson.com

Dated: July 8, 2013
1112397

*Attorney for Plaintiff XpertUniverse, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                United States District Judge

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

   ☐ has been paid to the Clerk of the Court; or

   ☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 8, 2013

Richard J. Holwell
Holwell Shuster & Goldberg LLP
125 Broad Street, 39th Floor
New York, NY 10004
(646) 837-5151
rholwell@hsgllp.com

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 8, 2013

Michael S. Shuster
Holwell Shuster & Goldberg LLP
125 Broad Street, 39th Floor
New York, NY 10004
(646) 837-5151
mshuster@hsgllp.com

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 7/3/13

Brendon DeMay
Holwell Shuster & Goldberg LLP
125 Broad Street, 39th Floor
New York, NY 10004
(646) 837-5151
bdemay@hsgllp.com

Case 1:09-cv-00157-RGA   Document 762   Filed 07/08/13   Page 6 of 7 PageID #: 48470

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that, on July 8, 2013 the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading from CM-ECF.

I further certify that on July 8, 2013, the within document was electronically mailed to the following persons:

Jack B. Blumenfeld, Esq.
Jennifer Ying, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
jying@mnat.com

Colm F. Connolly, Esq.
Morgan Lewis & Bockius LLP
1007 Orange Street, Suite 501
Wilmington, DE  19801
cconnolly@morganlewis.com

John V. Gorman, Esq.
Kell M. Damsgaard, Esq.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
jgorman@morganlewis.com
kdamsgaard@morganlewis.com

Franklin Brockway Gowdy, Esq.
Brett M. Schuman, Esq.
Ryan L. Scher, Esq.
Rachel M. Walsh, Esq.
Esther K. Ro, Esq.
Dennis J. Sinclitico, Jr., Esq.
Morgan Lewis & Bockius LLP
One Market Street
Spear Street Tower
San Francisco, CA  94105
fgowdy@morganlewis.com
bschuman@morganlewis.com
rscher@morganlewis.com
rwalsh@morganlewis.com
ero@morganlewis.com
dsinclitico@morganlewis.com

Kathleen M. Sullivan, Esq.
Cleland B. Welton, II, Esq.
Quinn Emanuel Urquhart &Sullivan, LLP
51 Madison Avenue
New York, NY  10010
kathleensullivan@quinnemanuel.com
clelandwelton@quinnemanuel.com

Daniel H. Bromberg, Esq.
Quinn Emanuel Urquhart &Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
danbromberg@quinnemanuel.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

913090